# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| CHRIS E. FRANKS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-436 |
| TRIPLE CANOPY, INC., *et al.*, | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 4, 2018, in response to Plaintiff's Motion for Leave to File Amended Complaint and Plaintiff's Modified Motion for Leave to File Amended Complaint. The parties have not filed objections, and the time for filing such objections has lapsed.

Based on a de novo review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and Plaintiff's Modified Motion for Leave to File Amended Complaint be GRANTED IN PART and DENIED IN PART, and

Plaintiff is directed to file an amended complaint identical to the proposed amended complaint except that Count II, which alleges constitutional violation pursuant to 42 U.S.C. § 1981, be eliminated.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 23, 2018